1  SEYFARTH SHAW LLP
   Mark H. Van Brussel, SBN 80777
2  Kurt Kappes, SBN 146384
   James D. McNairy, SBN 230903
3  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
4  Telephone: (916) 448.0159
   Facsimile: (916) 558.4839
5  Email:  kkappes@seyfarth.com
   Email:  jmcnairy@seyfarth.com
6
   MILLER, CANFIELD, PADDOCK & STONE
7  Larry Saylor, *Pro Hac Vice*
   Michael Fayz, *Pro Hac Vice*
8  150 West Jefferson, Suite 2500
   Detroit, Michigan 48226
9  Telephone: (313) 963.6420
   Facsimile:  (313) 496.7500
10 Email: saylor@millercanfield.com
   Email: fayz@millercanfield.com
11
   Attorneys for Defendant
12 LA-Z-BOY INCORPORATED

13

14                       IN THE UNITED STATES DISTRICT COURT

15                         EASTERN DISTRICT OF CALIFORNIA

| EUGENE N. GORDON, INC. a California Corporation, et al., | Case No. 06-cv-2353-MCE-DAD |
|---|---|
| Plaintiffs, | **STIPULATION TO CONTINUE HEARING DATE AND ORDER THEREON [LR 78-230(g), 83-143]** |
| v. | |
| LA-Z-BOY INCORPORATED, a Michigan Corporation, and DOES 1 through 150, Inclusive, | Current Hearing Date: February 12, 2007<br>Proposed Cont. Hearing Date: March 5, 2007<br>Time:           9:00 am<br>Courtroom:    3<br>Judge:         Hon. Morrison England |
| Defendants. | |

        Plaintiffs EUGENE N. GORDON, INC., JIM REEGO, LIZ REEGO and defendant LA-Z-BOY INCORPORATED, through their attorneys of record, hereby stipulate to continue the hearing date on defendant's motion to dismiss currently set for February 12, 2007, to March 5, 2007, at 9:00 a.m.

1  This is the first request to continue this hearing date.  Good cause exists for the requested
2  continuance because defendant's lead trial counsel, Larry Saylor, who will be arguing defendant's
3  motion, recently learned that he would be in trial on February 12, 2007, on an unrelated matter.
4  The parties stipulate that defendant's reply brief must be filed by February 5, 2007.

6  Dated:  February 1, 2007                SEYFARTH SHAW LLP

8                                          By    /s/ James D. McNairy
                                                Mark H. Van Brussel
9                                               Kurt A. Kappes
                                                James D. McNairy
10                                         Attorneys for Defendant
                                           LA-Z-BOY INCORPORATED

12  Dated:  February 1, 2007                STEVENS & O'CONNELL LLP

14                                         By:    /s/ Todd M. Noonan
                                                Todd M. Noonan
15                                         Attorneys for Plaintiffs
                                           EUGENE N. GORDON, INC.,
16                                         JIM REEGO and LIZ REEGO

18                                    **ORDER**

19  The hearing date on the above motion is rescheduled to March 5, 2007, at 9:00 a.m.
20  **IT IS SO ORDERED.**
21  **DATED:** February 5, 2007

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE