SEYFARTH SHAW LLP
Mark H. Van Brussel, SBN 80777
Kurt Kappes, SBN 146384
James D. McNairy, SBN 230903
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448.0159
Facsimile: (916) 558.4839
Email:  kkappes@seyfarth.com
Email:  jmcnairy@seyfarth.com

MILLER, CANFIELD, PADDOCK & STONE
Larry Saylor, *Pro Hac Vice*
Michael Fayz, *Pro Hac Vice*
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963.6420
Facsimile:  (313) 496.7500
Email: saylor@millercanfield.com
Email: fayz@millercanfield.com

Attorneys for Defendant
LA-Z-BOY INCORPORATED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE N. GORDON, INC. a California Corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LA-Z-BOY INCORPORATED, a Michigan Corporation, and DOES 1 through 150, Inclusive, <br><br> Defendants. | Case No. 06-02353-MCE-DAD <br><br> **STIPULATION AND ORDER REGARDING DISCOVERY** |

Plaintiffs EUGENE N. GORDON, INC., JIM REEGO, LIZ REEGO and defendant LA-Z-BOY INCORPORATED, through their attorneys of record, hereby STIPULATE to the entry of this Order as follows:

1. The limit on the number of interrogatories under Rule 33 of the Federal Rules of Civil Procedure shall be increased from 25 to 50;

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY     1
Case No. 06-02353 (MCE/DAD)
SC1 17084153.1

1  2.  The response date shall be and is extended to August 17, 2007 on:

2  a. Plaintiff Eugene N. Gordon Inc.'s Requests for Admission, Set No. One, to Defendant La-Z-Boy Incorporated;

4  b. Plaintiffs' Special Interrogatories, Set No. One to Defendant La-Z-Boy Incorporated;

6  c. Plaintiffs' Special Interrogatories, Set No. Two to Defendant La-Z-Boy Incorporated; and

8  d. Plaintiffs' Request for Production of Documents, Set No. Two to Defendant La-Z-Boy Incorporated;

10  3.  All responsive documents to be designated by a party under the terms of a Confidentiality Protective Order shall be produced on or before the later of five (5) days following entry of such order or July 13, 2007;

13  4.  Except as provided in Paragraph 3 of this Order,

14  a.  Plaintiff Eugene N. Gordon, Inc. shall produce on or before July 13, 2007 all documents responsive to Defendant's Request for Production of Documents to Plaintiff Eugene N. Gordon Inc., Set One;

17  b.  Plaintiff Eugene N. Gordon, Inc. shall produce on or before July 13, 2007 all documents responsive to Defendant's Request for Production of Documents to Plaintiff Eugene N. Gordon Inc., Set Two;

20  c.  Plaintiff Liz Reego shall produce on or before July 13, 2007 all documents responsive to Defendant's Request for Production of Documents to Plaintiff Liz Reego, Set One;

23  d.  Plaintiff Jim Reego shall produce on or before July 13, 2007 all documents responsive to Defendant's Request for Production of Documents to Plaintiff Jim Reego, Set One; and

26  e.  Defendant La-Z-Boy Incorporated shall produce on or before July 13, 2007 all documents responsive to Plaintiffs' Request for Production of Documents, Set One.

1    5.     Defendant La-Z-Boy Incorporated shall serve on or before July 13, 2007
2 supplemental written responses to Plaintiffs' Request for Production of Documents, Set One;

3    6.     Plaintiff Eugene N. Gordon, Inc. shall serve on or before July 13, 2007 verified
4 supplemental responses to:

5       a.     Interrogatories 23 and 24 of Defendant's Interrogatories to Plaintiff
6    Eugene N. Gordon, Inc., Set One; and

7       b.     Interrogatories 25 through 32 of Defendant's Interrogatories to Plaintiff
8    Eugene N. Gordon, Inc., Set Two;

9    7.     Plaintiff Liz Reego shall serve on or before July 13, 2007 verified supplemental
10 responses to Interrogatories 25 through 27 of Defendant's Interrogatories to Plaintiff Liz Reego,
11 Set One;

12   8.     Plaintiff Jim Reego shall serve on or before July 13, 2007 verified supplemental
13 responses to Interrogatories 25 through 27 of Defendant's Interrogatories to Plaintiff Jim Reego,
14 Set One;

15   9.     Defendant La-Z-Boy's Motion for Protective Order, as it relates to the treatment
16 of confidential documents, shall remain on calendar for hearing on July 13, 2007, unless a
17 stipulated form of protective order is submitted to the Court on or before July 10, 2007.  In all
18 other respects, the hearings set for July 13, 2007 on Defendant La-Z-Boy Incorporated's Motion
19 to Compel, as amended, and Plaintiffs' Motion to Compel, shall be and are CONTINUED to
20 August 31, 2007.

SO STIPULATED:

Dated: July 2, 2007        STEVENS & O'CONNELL LLP


                   By     /s/ Todd M. Noonan
                        Todd M. Noonan
                        Attorneys for Plaintiffs

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY                                3
Case No. 06-02353 (MCE/DAD)
SC1 17084153.1

1 | Dated: July 2, 2007            SEYFARTH SHAW, LLP

2

3 | By: ____/s/ James D. McNairy_____
                James D. McNairy
4               Attorneys for Defendant

5 | Dated: July 2, 2007            MILLER CANFIELD PADDOCK and STONE, P.L.C.

6

7 | By: ____/s/ Michael C. Fayz_____
                Michael C. Fayz
8               Attorneys for Defendant

9

**ORDER**

10

11   IT IS SO ORDERED.  In addition, the joint stipulation required by Local Rule 37-251(c)

12 requires that every discovery item  objected to or for which a protective order is sought, and the

13 objection thereto, "shall be reproduced in full" in the joint stipulation, with the parties' respective

14 arguments and supporting  authorities set forth immediately following each such objection.  "All

15 arguments and briefing that would otherwise be included in a memorandum of points and

16 authorities supporting or opposing the motion shall be included in this joint statement, and no

17 separate briefing shall be filed."  Local Rule 37-251(c).  Briefing attached to the parties' motions

18 will be disregarded.

19 DATED: July 3, 2007.

20

21                                    _____
                                      DALE A. DROZD
22                                    UNITED STATES MAGISTRATE JUDGE

23

24

25 Ddad1/orders.civil/gordon2353.stipord

26

27

28

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY                      4
Case No. 06-02353 (MCE/DAD)
SC1 17084153.1