STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL  (SBN 74037)
RICHARD PACHTER  (SBN 120069)
TODD M. NOONAN (SBN 172962)
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Plaintiffs
Eugene N. Gordon, Inc., Jim Reego
and Liz Reego

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE N. GORDON, INC., a California Corporation; JIM REEGO, a California individual; and LIZ REEGO, a California individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>LA-Z-BOY INCORPORATED, a Michigan Corporation, et al.,<br><br>    Defendant. | Case No. 2:06-CV-02353 MCE-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS TO COMPEL<br><br>Plaintiffs' Motion, Dkt. No. 32<br><br>Defendant's Motion, Dkt. Nos. 31, 33, 34 |

Plaintiffs EUGENE GORDON, INC, JIM REEGO, and LIZ REEGO, and defendant LA-Z-BOY INCORPORATED, through their attorneys of record, hereby stipulate as follows:

WHEREAS, by Order entered July 5, 2007, the hearing on Plaintiffs' Motion to Compel (initially filed on June 7, 2007, Dkt. No. 32) and Defendant's Motion to Compel (initially filed on June 1, 2007, as amended June 19, 2007, and June 22, 2007, Dkt. Nos. 31, 33, and 34) was continued from July 13, 2007, to August 31, 2007; and

/////

1   WHEREAS, the parties continue to meet and confer on the subjects in dispute.

2   NOW, THEREFORE, the parties stipulate to continue the hearing on the motions
3   identified above to September 7, 2007, at 10:00 am.  Plaintiff's Motion to Compel as it
4   relates to non-party RC Willey (filed July 25, 2007, Dkt. No. 40), which is also noticed for
5   hearing on August 31, 2007, is not subject to the continuance set forth in this stipulation.

6   IT IS SO STIPULATED.

7   Dated:  August 23, 2007         STEVENS & O'CONNELL LLP

9                                   By __/S/ TODD M. NOONAN_____
                                        Todd M. Noonan
10                                      Attorneys for Plaintiffs Eugene N. Gordon,
                                        Inc., Jim Reego and Liz Reego

12  Dated:  August 23, 2007         SEYFARTH SHAW LLP

14                                  By __/S/ KURT A. KAPPES (authorized on 8/23/07)_
                                        Kurt A. Kappes
15                                      Attorneys for Defendant La-Z-Boy,
                                        Incorporated

17  Dated:  August 23, 2007         MILLER, CANFIELD, PADDOCK & STONE, P.L.C.

19                                  By _/S/ LARRY J. SAYLOR (authorized on 8/23/07)
                                        Larry J. Saylor
20                                      Attorneys for Defendant La-Z-Boy,
                                        Incorporated

21  IT IS SO ORDERED.

22  Dated:  August 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2