STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL  (SBN 74037)
RICHARD PACHTER  (SBN 120069)
TODD M. NOONAN (SBN 172962)
400 Capitol Mall, Suite 1400
Sacramento, CA  95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Plaintiffs
Eugene N. Gordon, Inc., Jim Reego
and Liz Reego

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE N. GORDON, INC., a California Corporation; JIM REEGO, a California individual; and LIZ REEGO, a California individual,<br><br>Plaintiffs,<br><br>v.<br><br>LA-Z-BOY INCORPORATED, a Michigan Corporation, et al.,<br><br>Defendant. | Case No. 2:06-CV-02353 MCE-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO COMPEL DOCUMENTS PURSUANT TO RULE 45 SUBPOENA<br><br>Plaintiff's Motion, Dkt. No. 40 |

Plaintiff Eugene Gordon, Inc., and non-party RC Willey Home Furnishings, through their attorneys of record, hereby stipulate as follows:

WHEREAS, the hearing on Plaintiff's Motion to Compel, filed on July 25, 2007 (Dkt. No. 40) is set for August 31, 2007; and

WHEREAS, Plaintiff and non-party RC Willey Home Furnishings continue to meet and confer on the subjects in dispute.

/////

/////

1

NOW, THEREFORE, Plaintiff and non-party RC Willey Home Furnishings stipulate to continue the hearing on the motions identified above to September 7, 2007, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: August 24, 2007       STEVENS & O'CONNELL LLP

By   /S/ TODD M. NOONAN

Todd M. Noonan
Attorneys for Plaintiffs Eugene N. Gordon, Inc.,

Dated: August 24, 2007       DAVIS & LEONARD LLP

By  /S/ STEPHEN L. DAVIS (authorized on 8/24/07)

Stephen L. Davis
Attorneys for non-party RC Willey Home Furnishings

IT IS SO ORDERED.

Dated: August 27, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/gordon2353.stipord(2)