SEYFARTH SHAW LLP
Mark H. Van Brussel (SBN 80777)
Kurt A. Kappes (SBN 146384)
James D. McNairy (SBN 230903)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

MILLER, CANFIELD, PADDOCK & STONE
Larry Saylor, *Pro Hac Vice*
Michael Fayz, *Pro Hac Vice*
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963.6420
Facsimile:  (313) 496.7500
Email: saylor@millercanfield.com
Email: fayz@millercanfield.com

Attorneys for Defendant
LA-Z-BOY INCORPORATED

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE N. GORDON, INC. a California Corporation; JIM REEGO, a California Individual; and LIZ REEGO, a California Individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LA-Z-BOY INCORPORATED, a Michigan Corporation, and DOES 1 through 150, Inclusive,<br><br>　　　　　Defendants. | Case No.  2:06-CV-02353 MCE DAD<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTIONS TO COMPEL FURTHER DISCOVERY RESPONSES** |

　　　　Plaintiffs EUGENE N. GORDON, INC., JIM REEGO, LIZ REEGO ("Plaintiffs") and defendant LA-Z-BOY INCORPORATED ("Defendant"), by and through their attorneys of record, hereby stipulate as follows:

　　　　1.　　Plaintiffs and Defendant continue to meet and confer on the subjects in dispute which are the subject of Defendant's and Plaintiffs' Motions to Compel currently set for hearing on September 7, 2007, at 10:00 am in Courtroom 27; and

1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
MOTIONS TO COMPEL FURTHER DISCOVERY RESPONSES

SC1 17086133.1 / 37347-000005

2.     Plaintiffs and Defendant thus stipulate to continue the September 7, 2007 hearing to September 21, 2007, at 10:00 a.m. in Courtroom 27.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  September 4, 2007             SEYFARTH SHAW LLP


By /s/ James D. McNairy
    Mark H. Van Brussel
    Kurt A. Kappes
    James D. McNairy
Attorneys for Defendant
LA-Z-BOY INCORPORATED


DATED:  September 4, 2007             MILLER, CANFIELD, PADDOCK, & STONE


By: /s/ Michael Fayz
    Larry Saylor
    Michael Fayz
Attorneys for Defendant
LA-Z-BOY INCORPORATED


DATED:  September 4, 2007             STEVENS & O'CONNELL


By: /s/ Todd M. Noonan
    George L. O'Connell
    Richard Pachter
    Todd M. Noonan
Attorneys for Plaintiffs
EUGENE GORDON, INC., LIZ REEGO,
AND JIM REEGO

IT IS SO ORDERED:

DATED:  September 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/gordon2353.stipord(3)

2

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
MOTIONS TO COMPEL FURTHER DISCOVERY RESPONSES

SC1 17086133.1 / 37347-000005