STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL  (SBN 74037)
RICHARD PACHTER  (SBN 120069)
TODD M. NOONAN  (SBN 172962)
400 Capitol Mall, Suite 1400
Sacramento, CA  95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Plaintiffs
Eugene N. Gordon, Inc., Jim Reego
and Liz Reego

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE N. GORDON, INC., a California Corporation; JIM REEGO, a California individual; and LIZ REEGO, a California individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LA-Z-BOY INCORPORATED, a Michigan Corporation, et al.,<br><br>　　　　　　　　Defendant. | Case No. 2:06-CV-02353 MCE-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO COMPEL DOCUMENTS PURSUANT TO RULE 45 SUBPOENA<br><br>Plaintiff's Motion, Dkt. No. 40 |

　　　Plaintiff Eugene Gordon, Inc., and non-party RC Willey Home Furnishings, through their attorneys of record, hereby stipulate as follows:

　　　WHEREAS, the hearing on Plaintiff's Motion to Compel (Dkt. No. 40), filed on July 25, 2007, is set for September 7, 2007; and

　　　WHEREAS, Plaintiff and non-party RC Willey Home Furnishings continue to meet and confer on the subjects in dispute.

/////

1  NOW, THEREFORE, Plaintiff and non-party RC Willey Home Furnishings stipulate to
2  continue the hearing on the motions identified above to September 21, 2007, at 10:00
3  a.m.
4        IT IS SO STIPULATED.
5  Dated:  September 4, 2007      STEVENS & O'CONNELL LLP

By    /S/ TODD M. NOONAN

Todd M. Noonan
Attorneys for Plaintiff Eugene N. Gordon, Inc.

11 Dated:  September 4, 2007      DAVIS & LEONARD LLP

By  /S/ STEPHEN L. DAVIS (authorized on 9/4/07)

Stephen L. Davis
Attorneys for non-party RC Willey Home Furnishings

18        IT IS SO ORDERED.

20 Dated:   September 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

26 Ddad1/orders.civil/gordon2353.stipord.0921