IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE N. GORDON, INC., et al.,

      Plaintiffs,                                   No.  CIV S-06-2353 MCE DAD

      v.

LA-Z-BOY INCORPORATED,            ORDER

      Defendant.

_____/

      This matter came before the court on September 21, 2007, at 10:00 a.m. for hearing on plaintiffs' motion to compel filed June 7, 2007 (#32), defendant's amended motion to compel filed June 22, 2007 (#34), and plaintiff's July 25, 2007 motion to compel pursuant to a subpoena (#40).  All three motions were previously set for hearing on September 7, 2007.  By stipulation and order filed September 5, 2007 (#51), the first two motions were continued to September 21, 2007, at the request of counsel for both plaintiffs and defendant.  By a separate stipulation and order also filed September 5, 2007 (#52), the third motion was continued to September 7, 2007, at the request of counsel for plaintiffs and counsel for non-party RC Willey Home Furnishings.  No joint statement re discovery disputes or affidavit in lieu of joint statement has been filed pursuant to Local Rule 37-251, and no appearance was made by any party on September 21, 2007.

1

Upon consideration of the parties' failure to comply with Local Rule 37-251 and their failure to appear at the hearing, as stated on the record, IT IS ORDERED that:

1. Plaintiffs' motion to compel filed June 7, 2007 (#32) is denied without prejudice;

2. Defendant's amended motion to compel filed June 22, 2007 (#34) is denied without prejudice; and

3. Plaintiffs' July 25, 2007 motion to compel pursuant to a subpoena (#40) is denied without prejudice.

DATED: September 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\gordon2353.oah.092107